VINCENT J. DE SALVIO, RESPONDENT, v. LUCY BARBATO RAFFONE, ADMINISTRATRIX, ETC., APPELLANT.

Submitted May 31, 1929—Decided October 14, 1929.

For the respondent, *Meyer Q. Kessel.*

For the appellant, *Charles C. Giffoniello.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Trenchard, Parker, Kalisch, Lloyd, Case, Bodine, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 14.

*For reversal*—None.